UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-81083-SCOLA/VALLE

UNITED STATES OF AMERICA

    Plaintiff,

v.

LOUIS R. TOWNSEND JR.,

    Defendant.

_____

## ORDER GRANTING DEFENDANT'S MOTION
## FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

    Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel, hereby files this Order Granting Defendant's Motion for Extension of Time to Answer Plaintiff's Complaint and in support thereof, states as follows:

    1. On October 23rd, 2013, Plaintiff filed suit against Defendant to recover an unpaid student loan.

    2. Plaintiff served the Defendant with the Complaint on November 12th, 2013.

    3. On December 3rd, 2013, Defendant filed a Motion to extend the time to file a Response to the Summons and Complaint [D.E # 5]. This motion was not made for the purpose of delay and will not prejudice any party.

    WHEREFORE, Plaintiff respectfully requests this Court grants Louis R. Townsend Jr. Motion for Extension of Time to respond to Plaintiff's Complaint [D.E # 5]. Allowing Defendant

an additional 20 days from the date of this Order to respond to Plaintiff's Complaint, and grant such other and further relief as this Court deems just and proper.

Dated: December 4, 2013
Miami, Florida

Respectfully submitted,

Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Louis R. Townsend Jr. at the address of 26 Harvard Dr., Lake Worth, FL 33460 on this 4 day of December, 2013.

Steven M. Davis

ACTIVE: 5266885_1