UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-81083-SCOLA/VALLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LOUIS R. TOWNSEND JR.,

        Defendant.

## NOTICE OF STRIKING

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel, files this Notice of Striking. The undersigned filed erroneously an Order granting Defendant's motion for Extension of Time to answer Plaintiff's Complaint [D.E. #7].

Dated: December 9, 2013
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. regular mail on 9 day of December, 2013 on all parties of record on the attached service list.

_____
Steven M. Davis

CASE NO.: 13-CV-81083-SCOLA/VALLE

## SERVICE LIST

Louis R. Townsend Jr.
26 Harvard Drive
Lake Worth, FL 33460