UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 13-CV- 81083-SCOLA/VALLE

UNITED STATES OF AMERICA

    Plaintiff(s),

vs.

LOUIS R. TOWNSEND, JR,

    Defendant,

_____

### DEFENDANT'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT PURSUANT TO LOCAL RULE 56.1

    COMES NOW, the Defendant, LOUIS R. TOWNSEND, JR. by and through undersigned counsel and pursuant to Local Rule of Procedure 56 and hereby files this Statement of Genuine Issues of Material Fact in Opposition to the Plaintiff's Motion for Summary Judgment and hereby requests that this Honorable Court deny the Plaintiff's Motion for Summary Judgment as there are genuine issues of material fact in this case.

1. In this case, there is a genuine issue of material fact as to the amount of the loan in 2004, including which lenders were paid pursuant to the loan and a genuine issue of material fact as to how much money was paid to any lenders to consolidate these loans. There is a genuine issue of fact as to whether any demand made on the note was made in compliance to the terms of the note and if the demand was made in violation of the law governing the note. In 2004, the Defendant executed a "Direct Consolidation Loan" application. In the application the Defendant on page two of the application indicated that there were some loans he did want consolidated and two he did not want consolidated. It was agreed between the department of education that only six (6) of the eight loans on page two (2) were to be consolidated. There is also a

1

genuine issue of fact as to how the exhibit c to the Motion for Summary Judgment, a document, which is dated 2001, 3 years before the 2004 application applies to the later application.

2. In this case, there is a genuine issue of material fact as to whether income contingent payment plan was instituted and a genuine issue of fact as to whether the loan is in default as noted in the affidavit of the Defendant.

3. In this case, there is a genuine issue of material fact as to whether these loan(s) are subject to both section 34 CFR 685 and 34 CFR 682 as indicated in the affidavit of the Defendant.

4. In this case, there is a genuine issue of material fact as to the amount of the loan and as to the amount outstanding, especially in light of the 4 year old certificate of indebtedness and the payments made by the Defendant.

5. In this case, there are genuine issues of material fact as to the total amount of the loan that was the subject of the application as stated in the affidavit, genuine issues of material fact as to costs and fees

6. In this case there is a genuine issue of material fact as to whether the loan is in default as there is a genuine issue of material fact as to whether the payments made satisfy or would satisfy the income contingent requirements of the loan. In addition, as there is no evidence of an income contingent plan being presented to the Defendant, there is a genuine issue of fact as to whether there was a variance in the payment obligation.

7. In this case, there are genuine issues of material fact on the issues of whether there was a default, whether Florida law was violated and whether in light of the payments made by the Defendant the loan should be considered in default. The Defendant would affirmative state that there are genuine issues of fact in this case and would ask for the Plaintiff's motion for Summary Judgment be denied.

Dated: May 20, 2014  
West Palm Beach, FL

Respectfully submitted,

\_\_/S/Louis Townsend e-signature for e-filing\_\_  
LOUIS R. TOWNSEND, Jr., Esq.  
Florida Bar No.: 0046825  
L_townse@bellsouth.net

2

The Law Office of
LOUIS R. TOWNSEND, JR.,P.L.
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
Tele: (561) 655-8588
Fax: (561) 547-7178
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by electronic Mail on this ____20th_____ day of May, 2014 to all counsel of record.

        /S/Louis Townsend e-signature for e-filing
        Louis R. Townsend, Jr., Esq.

I HEREBY CERTIFY, that the foregoing is true and correct to the best of my knowledge.

        /S/Louis Townsend e-signature for e-filing
        Louis R. Townsend, Jr., Esq.